# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| LEONARD WIMBERLY, JR., | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-25 |
| | * | |
| v. | * | |
| | * | |
| MARC HORNE; DALTON SANTIAGO; and JONATHAN DANIELS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. No party to this action filed Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's Fourteenth Amendment claims and his monetary damages claims against Defendants. Plaintiff's excessive force claims against all Defendants and his failure to intervene claims

AO 72A
(Rev. 8/82)

against Defendants Santiago and Daniels remain pending.  Id.; Dkt. No. 13.

**SO ORDERED**, this ___9___ day of ___August___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

2