# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

LEONARD WIMBERLY, JR.,               *
                                     *
        Plaintiff,                   *          CIVIL ACTION NO.: 5:21-cv-25
                                     *
   v.                                *
                                     *
MARC HORNE; DALTON SANTIAGO; and     *
JONATHAN DANIELS,                    *
                                     *
        Defendants.                  *

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 29. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' Motion for Summary Judgment, and **DISMISSES** Plaintiff's Complaint. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___2___ day of ___March___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)